UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THURMAN HOLDER,

            **Plaintiff,**

v.                                                                                  Civil No.6:14-cv-01704-AA

CENTRAL OREGON COMMUNITY
COLLEGE, KEVIN KIMBALL, and
VICKERY VILES,

            **Defendants.**

## JUDGMENT

    Pursuant to the OPINION AND ORDER signed on April 29, 2016, this action is dismissed and remanded to state court for further action pursuant to that OPINION AN D ORDER.

Dated this 29th day of April 2016.

_____
Ann Aiken
United States District Judge

**JUDGMENT**